UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br>JOSEPH MICHAEL QUINCY JEFFERSON,<br><br>　　　　　　　　Defendant. | CASE NO. 2:23-cr-00109-LK<br><br>AMENDED ORDER GRANTING IN PART MOTION TO MODIFY APPEARANCE BOND |

　　　　This matter comes before the Court on Defendant Joseph Jefferson's Motion and Supplement in Support of Motion to Modify Appearance Bond. Dkt. Nos. 35, 37.[1]

　　　　Mr. Jefferson "has an opportunity to harvest sea cucumbers in the Port Townsend area between December 3 or 4 and December 6, 2023," which will "require[] him to stay overnight and away from his residence." Dkt. No. 35 at 1. He therefore seeks either a modification of his conditions of release to allow overnight stays or the Court's permission for the Probation Office

---

[1] At the request of Mr. Jefferson's counsel, the Court slightly amends the dates on which Mr. Jefferson may seek approval to stay overnight away from his residence.

AMENDED ORDER GRANTING IN PART MOTION TO MODIFY APPEARANCE BOND - 1

to approve overnight stays. *Id.* at 2; *see id.* ("Because Mr. Jefferson is likely to make additional requests for overnight stays for employment in the future, he requests the Court gran[t] the Probation Office . . . authority to approve such stays in the future."); *see also* Dkt. No. 26 (amended appearance bond); Dkt. No. 34 (order granting unopposed motion to modify appearance bond to allow participation in location monitoring program via curfew).

In light of the Court's concerns regarding the propriety of the employment opportunity underlying his requested modification, it directed Mr. Jefferson to submit supplemental briefing on the permissibility of the planned harvest, which he did the same day. Dkt. Nos. 36–37. Mr. Jefferson's response indicates that he has been in contact with a Shellfish Biologist and Diving Safety Administrator with the Lummi Nation Natural Resources division and has received a schedule by text message indicating that District 2-2 will be open for sea cucumber harvesting between Monday, December 4 and Wednesday, December 6. Dkt. No. 37 at 1. Mr. Jefferson's counsel also represents that he called the biologist and confirmed that sea cucumber harvesting will occur on the above-mentioned dates. *Id.*; *see* Lummi Indian Business Council, *2023-113 Sea Cucumbers Regulation*, https://www.lummi-nsn.gov/userfiles/323_FisheryPermit.pdf (last visited Dec. 1, 2023). And the Probation Office, which does not oppose Mr. Jefferson's request for overnight stays on Monday, December 4 and Tuesday, December 5, likewise spoke with the biologist to confirm that the harvesting would be open. Dkt. No. 39 at 1.[2]

Although the Government "does not *per se* oppose" Mr. Jefferson's motion, it is concerned that "the proposed modification presents a real and unfortunate opportunity for Mr. Jefferson to violate an important condition of his bond prohibiting him from having any contact with the victim

---

[2] The Court notes that nothing in this Order should be construed as an opinion on the permissibility of the upcoming harvest under *United States v. Washington*, No. 70-cv-9213 (W.D. Wash.), the Shellfish Implementation Plan issued in *United States v. Washington*, Subproceeding 89-3, or the 2023-24 Puget Sound Sea Cucumber Harvest Management Plan.

AMENDED ORDER GRANTING IN PART MOTION TO MODIFY APPEARANCE BOND - 2

in the case." Dkt. No. 38 at 1; *see* Dkt. No. 26 at 1 ("No direct or indirect contact with alleged victim in this case."). Therefore, the Government "recommends that the proposed bond modification be conditioned upon the presence of a third-party custodian in the residence or hotel room where Mr. Jefferson proposes to stay while away from his home." Dkt. No. 38 at 2.

After careful consideration of the parties' submissions and the remainder of the relevant record, the Court GRANTS IN PART Mr. Jefferson's motion. Dkt. Nos. 35, 37. Mr. Jefferson's Bond is modified as follows:

> If accompanied by a third-party overnight custodian approved by the United States Probation Office, the Probation Office may approve of Mr. Jefferson staying away from his residence overnight in the Port Townsend area between December 3, 2023 and December 15, 2023 in order to pursue employment opportunities harvesting sea cucumbers. Mr. Jefferson must keep the Location Monitoring Specialist informed of the dates, times, and location of where he will be staying and his employment schedule.

All other conditions of bond remain in place.

Dated this 1st day of December, 2023.

*Lauren King*
Lauren King
United States District Judge