UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>     v.<br><br>JOSEPH MICHAEL QUINCY JEFFERSON,<br><br>                Defendant. | CASE NO. 2:23-cr-00109-LK<br><br>ORDER GRANTING MOTION TO MODIFY APPEARANCE BOND |

      This matter comes before the Court on Defendant Joseph Jefferson's Motion to Modify Appearance Bond, requesting that the Court grant United States Probation and Pretrial Services discretion to approve overnight stays away from his residence so that he may continue to pursue employment opportunities. Dkt. No. 42 at 1.

      The Court previously granted in part Mr. Jefferson's request to modify his appearance bond, allowing the Probation Office to approve of Mr. Jefferson's staying away from his residence overnight in the Port Townsend area between December 3, 2023 and December 16, 2023. Dkt. No. 41 at 3; *see also* Dkt. No. 44. Mr. Jefferson now moves the Court to "allow Pretrial Services to vet

ORDER GRANTING MOTION TO MODIFY APPEARANCE BOND - 1

and approve overnight stays in a manner consistent with this . . . previous Order." Dkt. No. 42 at 1; *see id.* at 2 ("Mr. Jefferson has employment opportunities that will require him to stay overnight in different areas of the Western District of Washington."). The Probation Office supports Mr. Jefferson's motion, Dkt. No. 45 at 2–3, and the Government has not timely filed an opposition to Mr. Jefferson's request, which the Court deems as an admission that such opposition is without merit, CrR 12(b)(2), (4); *see also* Dkt. No. 44.

After careful consideration of the parties' submissions and the remainder of the relevant record, the Court GRANTS Mr. Jefferson's motion. Dkt. No. 42; *see* 18 U.S.C. § 3142(c)(3). Mr. Jefferson's Bond is modified as follows:

> If accompanied by a third-party overnight custodian approved by the United States Probation Office, the Probation Office may approve of Mr. Jefferson staying away from his residence overnight in order to pursue employment opportunities. Mr. Jefferson must keep the Location Monitoring Specialist informed of the dates, times, and location of where he will be staying and his employment schedule.

All other conditions of bond remain in place.

Dated this 20th day of December, 2023.

*Lauren King*
Lauren King
United States District Judge

ORDER GRANTING MOTION TO MODIFY APPEARANCE BOND - 2