UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH MICHAEL QUINCY JEFFERSON,<br><br>　　　　　　　　Defendant. | CASE NO. 2:23-cr-00109-LK<br><br>ORDER CONTINUING PRETRIAL MOTIONS DEADLINE AND DISCHARGING ORDER TO SHOW CAUSE |

　　　　This matter comes before the Court on the parties' responses to the Court's Order to Show Cause. Dkt. Nos. 51–52. On January 29, 2024, the Court granted Defendant Joseph Jefferson's unopposed motion to continue the trial date to September 30, 2024, but deferred ruling on Mr. Jefferson's motion to continue the pretrial motions deadline and ordered him to show cause why his failure to timely file a request for continuance should not constitute a waiver of pretrial objections. Dkt. No. 50 at 3 (citing *United States v. Ghanem*, 993 F.3d 1113, 1120 (9th Cir. 2021); Dkt. No. 30 at 1 n.1). The Court also directed the Government, to the extent it intends to file pretrial

ORDER CONTINUING PRETRIAL MOTIONS DEADLINE AND DISCHARGING ORDER TO SHOW CAUSE - 1

motions, to show cause "why its failure to timely move for an extension of the pretrial motions deadline should not constitute a waiver of its Rule 12(b)(3) objections and requests." *Id.*

On February 5, 2024, both parties timely responded to the Court's order. *See* Dkt. Nos. 51–52. Counsel for Mr. Jefferson acknowledged his unawareness of the Court's prior admonition about late-filed requests for continuances (issued before counsel's appearance in this case), and conceded that he could have requested a brief extension of the pretrial motions filing deadline. Dkt. No. 51 at 2, 5.[1] The Government avers that it "did not take the position with the defense, or contemplate, that they had waived their Rule 12(b)(3) defenses, objections, and requests," and asks that "the Court continue the pretrial motions deadline as to both parties, so that each party will be free to file such motions as may become warranted." Dkt. No. 52 at 1–2. The Court appreciates counsels' frankness, but cautions the parties that absent unusual circumstances, further late-filed motions to continue the pretrial motions deadline will be subject to the applicable law on waiver.

Accordingly, to serve the ends of justice, the Court DISCHARGES its January 29, 2024 Order to Show Cause and GRANTS Mr. Jefferson's request to continue the pretrial motions deadline to August 19, 2024.

Dated this 6th day of February, 2024.

Lauren King
United States District Judge

---

[1] Mr. Jefferson appears to conflate the Court's authority to continue the pretrial motions deadline "at any time" with when he must make a request to continue the deadline. *See* Dkt. No. 51 at 8. Such a request cannot be made "at any time"; rather, absent good cause, the motion must be filed before the deadline set by the court. *See* Fed. R. Crim. P. 12(c)(1)–(3); LCrR 12(b)(10) ("A motion for relief from a deadline should, whenever possible, be filed sufficiently in advance of the deadline to allow the court to rule on the motion prior to the deadline. Parties should not assume that the motion will be granted and must comply with the existing deadline unless the court orders otherwise."). Indeed, the Court's Standing Order for All Criminal Cases expressly requires that "[a]ll motions . . . be made prior to the pretrial motions deadline." Dkt. No. 17 at 2.

ORDER CONTINUING PRETRIAL MOTIONS DEADLINE AND DISCHARGING ORDER TO SHOW CAUSE
- 2