The Honorable Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JOSEPH MICHAEL QUINCY JEFFERSON<br><br>Defendant. | NO. 2:23-cr-00109-LK<br><br>[Proposed]<br><br>ORDER TO CORRECT CLERICAL ERROR |

Having read the Government's Unopposed Motion to Correct Clerical Error in Verdict Form and considered the arguments set forth therein,

It is hereby ORDERED that the jury verdict form at Dkt. 280 shall be corrected under Fed. R. Crim. P. 36 to indicate the jury's true intent to convict for assault by strangulation under Title 18, United States Code, Sections 113(a)(8) and 1153.

DATED this   23rd   day of    January        , 2025.

*Lauren King* (signature)
THE HONORABLE LAUREN KING
United States District Judge

Presented by:

*s/ Erika Evans*
ERIKA EVANS
Assistant United States Attorney

Order to Correct Clerical Error - 1
*United States v. Jefferson*, 2:23-cr-00109 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970